(113 So. 495)

### Milton WHETSTONE v. STATE.
(4 Div. 343.)

Supreme Court of Alabama. June 30, 1927.

Certiorari to Court of Appeals.

Sollie & Sollie, of Ozark, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Milton Whetstone for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Whetstone v. State, 113 So. 494.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.